

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

§

HECTOR ENRIQUE ASTORGA,  §  No. 08-16-00285-CR

Appellant,  §  Appeal from the

v.  §  409th District Court

THE STATE OF TEXAS,  §  of El Paso County, Texas

State.  §  (TC# 20100D03164)

§

## O R D E R

The Court received and filed the supplemental clerk's record as requested in its order issued January 23, 2017.  The appeal is therefore reinstated, and the Appellant's brief is now due March 10, 2017.

IT IS SO ORDERED this 8th day of February, 2017.

PER CURIAM

Before McClure, C.J., Rodriguez and Palafox, JJ.